UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| | |
|---|---|
| STEVEN MICHAEL ELDRIDGE,<br><br>　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>　　Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant | Case No. 20cv1135-CAB-RBM<br><br>ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) AND ENTRY OF JUDGMENT<br><br>[Doc. No. 18] |

On September 8, 2021, the parties filed a joint motion for voluntary remand to agency pursuant to sentence four of 42 U.S.C. §405(g) and entry of judgment. [Doc. No. 18.] For **GOOD CAUSE SHOWN**, the joint motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the

evidence including, but not limited to, Plaintiff's allegations, and issue a new decision.

It is **FURTHER ORDERED** that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  September 8, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge